THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANA CHRISTIAN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NASSEF HENEIN, M.D., ET. AL., ) <br> ) <br> Defendant. ) <br> _____ ) | CIV F 05-00850 <br><br> ORDER VACATING HEARING DATE OF AUGUST 8, 2005 AND TAKING MATTER UNDER SUBMISSION |

Defendant Henein noticed for hearing a motion for substitution of parties and a motion to dismiss for lack of subject matter jurisdiction.  The hearing was originally scheduled for August 8, 2005.  Pursuant to Local Rule 78-230(c), Plaintiff Christian was required to file either an opposition or a notice of non-opposition no later than July 25, 2005.  Plaintiff has done neither and is therefore not entitled to be heard at oral argument in opposition to the motion. See 78-230(c). The court has reviewed the motion for substitution of parties and the motion to dismiss for lack of subject matter jurisdiction and has determined that the motions are suitable for decision without oral argument. See Local Rule 78-230(h).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of August 8, 2005, is VACATED, and no party shall appear at that time.  As of August 8, 2005, the court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

**Dated:    August 3, 2005**                               **/s/ Anthony W. Ishii**
0m8i78                                                    UNITED STATES DISTRICT JUDGE

2